EUGENE J. EGAN (State Bar No. 130108)
PAUL HANNA (State Bar No. 213810)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
801 South Figueroa Street, 15th Floor
Los Angeles, California 90017
Tel.: (213) 624-6900
Fax: (213) 624-6999

Attorneys for **Defendant TARGET CORPORATION**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. C., A MINOR BY AND THROUGH HER GUARDIAN AD LITEM, AMORETTE RODRIGUEZ<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, et al.<br><br>Defendants. | Case No.: CV08-7234 AHM (AGRx)<br><br>LASC CASE NO. SCO99479<br><br>ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT |

The Joint Stipulation of Defendant TARGET CORPORATION and Plaintiff A. C., A MINOR BY AND THROUGH HER GUARDIAN AD LITEM, AMORETTE RODRIGUEZ for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein.  This matter is hereby remanded to the Los Angeles County Superior Court.

Dated: January 9, 2009     _____

UNITED STATES DISTRICT JUDGE

**Make JS-6**

-1-

ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT